[No. 41484. En Banc. March 26, 1970.]

GRAYCE EDITH LAPEIRE *et al., Petitioners,* v. LAWRENCE H. TARTE *et al., Respondents.* *

*Schroeter, Jackson, Goldmark & Bender, Leonard W. Schroeter,* and *Dean Bender,* for petitioners.

*Williams, Lanza, Kastner & Gibbs* and *Joseph J. Lanza,* for respondents.

PER CURIAM.—The Petition for Review is granted. The opinion filed by the Court of Appeals in *LaPeire v. Tarte,* 1 Wn. App. 519, 462 P.2d 976 (1969), is vacated and the cause remanded to that court for consideration in light of *Yellam v. Woerner,* 77 Wn.2d 604, 464 P.2d 947 (1970).

*Reported in 466 P.2d 514.